IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERONICA TAYLOR, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 18-706 |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

# **ORDER**

AND NOW, this 6th day of December, 2018, upon consideration of Plaintiffs' Motion to Compel Discovery and for a Sixty-Day Enlargement of Time to Conduct Discovery (Doc. No. 20); Defendant's Response thereto (Doc. No. 21); Defendant's Motion for Summary Judgment (Doc. No. 22); Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 56(d) for More Discovery in Order to Respond to Defendant's Motion for Summary Judgment (Doc. No. 24); and Defendant's Response thereto (Doc. No. 25), it is hereby ORDERED that:

1. Plaintiffs' Motion to Compel Discovery and for a Sixty-Day Enlargement of Time to Conduct Discovery is DENIED;

2. Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 56(d) for More Discovery in Order to Respond to Defendant's Motion for Summary Judgment is DENIED;

3. Defendant's Motion for Summary Judgment is GRANTED;

4. Judgment is entered against Plaintiffs and in favor of Defendant; and

5. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE